TONER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appel-

late Division, First Department. February 4, 1910.) Action by John Toner against the New York City Railway Company. B. H. Ames, for appellant. C. Steckler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.